Nicole Grunfeld
Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, NY 10016
Telephone: (212)460-0047
Facsimile:  (212)428-6811
NDGrunfeld@Katzmelinger.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTNEY BLACK,

|  |  |
|---|---|
| Plaintiff, | Civil Action No. |
|  | 13 CIV 7207 |

-against-

NUNWOOD, INC. and NUNWOOD CONSULTING, LTD.,

Defendants.

---

### NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO RULE 68

PLEASE TAKE NOTICE that, Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff accepts Defendants' Offer of Judgment Pursuant to Rule 68. Defendants' Offer of Judgment Pursuant to Rule 68 is attached hereto as Exhibit A.

Dated: New York, New York
       September 18, 2014

Katz Melinger PLLC

By: /s/ *Nicole D. Grunfeld*
       Nicole D. Grunfeld

Nicole Grunfeld
Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, NY 10016
Telephone: (212)460-0047
Facsimile:  (212)428-6811
NDGrunfeld@Katzmelinger.com
*Counsel for Plaintiff*

To:    Brian S. Cousin
Alexis N. Gevanter
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
P: (212) 768-6700
F: (212) 768-6800
Brian. Cousin@Dentons.com
Alexis.Gevanter@Dentons.com
*Counsel for Defendants*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                  :

COURTNEY BLACK,                  :

                 Plaintiff,     :

                                 :       13 Civ. 7207 (GHW)(JCF)

        - v. -                :

                                 :       OFFER OF JUDGMENT
NUNWOOD, INC. and           :       PURSUANT TO RULE 68 OF
NUNWOOD CONSULTING, LTD.,   :       THE FEDERAL RULES OF
                                 :       CIVIL PROCEDURE

               Defendants.    :

                                 :
-----------------------------------------------------------------x

TO PLAINTIFF COURTNEY BLACK AND HER ATTORNEYS OF RECORD:

Defendants Nunwood, Inc. and Nunwood Consulting, Ltd. ("Defendants") hereby offer to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of plaintiff Courtney Black ("Plaintiff") and against Defendants in the sum of thirty thousand dollars ($30,000.00), which sum of $30,000.00 shall include any and all recoverable costs.

If Plaintiff does not accept this offer, and receives a judgment that is not more favorable than the judgment offered herein, she must pay the costs incurred by Defendants and by herself after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

82788354

This offer is not an admission of liability by Defendants, but rather is made solely for the purpose of compromising a disputed claim.

Dated:  September 5, 2014

Respectfully submitted,

DENTONS US LLP

Brian S. Cousin
Alexis N. Gevanter
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
P: (212) 768-6700
F: (212) 768-6800
Brian.Cousin@Dentons.com
Alexis.Gevanter@Dentons.com

*Counsel for Defendants*

82788354                              - 2 -